In the United States District Court
for the Northern District of Illinois
Eastern Division

Delores Chenault
    Plaintiff

vs

RE/MAX, and
OWN A CONDO, LLP
    Defendants

12 CV 8597

FILED
DEC 07 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff's Motion for Judgment by Default for failure of Defendants to Respond to Motions served.

Plaintiff, Delores Chenault, moves this Court to render a Judgment by Default. In support of this motion, Plaintiff states the following:

1) Plaintiff filed her complaint on Oct. 26, 2012, and RE/MAX was served on November 2, 2012.

2) Plaintiff filed her complaint on Oct. 26, 2012, and OWN A CONDO was served on November 5, 2012.

3) Proof of Service was provided by Sheriff of Lake County and Sheriff of Cook County to Plaintiff.

4) Because RE/MAX and OWNACONDO, LLP failed to file a response, I am requesting that Judgment by Default be taken against the defendants for the relief demanded in the complaint.

5) The Summons that each defendant was served clearly states that Judgment by Default will be taken if no answer is received within 21 days, exclusive of the day of service.

Therefore, plaintiff requests that this Court hold the defendants in Judgment by Default for their failure to respond to plaintiff's Motion, and relief granted.

Dated: December 3, 2012

Respectfully submitted,

By: Delores Chenault
1912 Country Drive
Apt. #202
Grayslake, Ill. 60030
847-223-0409

5

Certificate of Service

I, the undersigned, certify the foregoing Plaintiff's Motion for Judgment by Default was mailed via certified mail on December 4, 2012, to Defendants, RE/MAX and OWNACONDO, LLP. Copies of Plaintiff's Motion was filed with the Clerk of the Court.

Dated: December 3, 2012

Respectfully submitted,

By: Defoss Chenault
1912 Country Drive
Apt. #202
Grayslake, Ill. 60030
847-223-0409